## ·In re LANE LUMBER CO., Limited.

### BOYD v. WALL.

(Circuit Court of Appeals, Ninth Circuit. August 17, 1914.)

#### No. 2364.

Appeal from the District Court of the United States for the District of Idaho, Northern Division; Frank S. Dietrich, Judge.

In the matter of the Lane Lumber Company, Limited, bankrupt. Appeal by Samuel L. Boyd, trustee, from an order (210 Fed. 82), allowing the claim of Mary Wall to a vendor's lien. Affirmed.

See, also, 217 Fed. 546, 550, 133 C. C. A. 398, 402.

E. N. La Veine, of Cœur d'Alene, Idaho, for appellant.

John H. Wourms, of Wallace, Idaho, amicus curiæ.

Frank Langley, of Cœur d'Alene, Idaho, for appellee.

Before GILBERT and ROSS, Circuit Judges, and VAN FLEET, District Judge.

VAN FLEET, District Judge. This, like case No. 2363 (Boyd v. M. K. Wall, 217 Fed. 550) just decided, is an appeal from a judgment affirming the order of the referee awarding a vendor's lien upon property of the bankrupt, and arises out of the same bankruptcy proceeding. Excepting only as to the tract of land involved and the date of sale, the material facts are not to be distinguished in legal effect from those in the last-mentioned case; and, as the appeal is submitted practically upon the briefs in that case and no new points are urged, no further discussion is required, but the judgment may be affirmed on the authority of the opinion filed in that case.

It is so ordered.